1  NOSSAMAN LLP
   STEPHEN P. WIMAN (SBN 54825)
2  swiman@nossaman.com
   AMBER M. GRAYHORSE (SBN 229059)
3  agrayhorse@nossaman.com
   445 South Figueroa Street, 31st Floor
4  Los Angeles, CA 91360
   Telephone: (213) 612-7818
5  Facsimile: (213) 612-7801

6  Attorneys for
   FEDERAL DEPOSIT INSURANCE CORPORATION AS
7  RECEIVER FOR NETBANK, FSB

8

9

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13

| 14 | ME LEE, an individual, and SHIN LEE aka SAMUEL LEE, an individual | Case No: 09-CV-1102 FMC(AJWx) |
|----|---|---|
| 15 | | (Hon. Florence-Marie Cooper) |
| 16 | Plaintiffs, | [PROPOSED] JUDGMENT |
| 17 | v. | |
| 18 | UNIMAE, a California Corporation; HANCOCK CORPORATION dba HANCOCK TRUSTEE SERVICES, a California Corporation, KWANG TAE KIM aka THOMAS KIM; MIKYUNG JAIME KIM aka KATHLEEN KIM; CENTRAL ESCROW INC.; ANDERSON, McPHARLIN & CONNERS LLP; FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Netbank, FBS; and DOES 1-50, inclusive, | Date Action Filed: February 13, 2009<br>Trial Date: None Set |
| 25 | Defendants. | |

Lee Proposed Judgment.doc

[PROPOSED] JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58(a) and (b), this Court, having on November 9, 2009 granted Defendant Federal Deposit Insurance Corporation as Receiver for NetBank, FSB's (the "FDIC") Motion to Dismiss Plaintiffs Me Lee and Shin Lee aka Samuel Lee's ("Plaintiffs") First Amended Complaint, and having ordered the DISMISSAL of Plaintiffs' First Amended Complaint WITH PREJUDICE and without leave to amend as requested in said motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs Me Lee and Shin Lee aka Samuel Lee shall take nothing;
2. The action is dismissed on the merits with prejudice; and
3. Defendant FDIC shall recover costs of suit from Plaintiffs.

Dated: 1/11/10

By: _____
HON. FLORENCE-MARIE COOPER
JUDGE, UNITED STATES DISTRICT COURT